UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-00056-BR

| | |
|---|---|
| FREDERICK E. SMITH and BETH SMITH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| RELIANCE STANDARD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiffs' motion for recovery of attorneys' fees and costs. Due to defendant's pending appeal of the court's 2 October 2018 order and judgment, plaintiffs' motion is DENIED WITHOUT PREJUDICE. If appropriate, plaintiffs may renew their motion within 14 days after the Court of Appeals issues its mandate.

This 26 December 2018.

_____
W. Earl Britt
Senior U.S. District Judge