UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-00056-BR

| | |
|---|---|
| FREDERICK E. SMITH and BETH SMITH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| RELIANCE STANDARD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' stipulation, following the Fourth Circuit Court of Appeals' affirmation of the court's entry of summary judgment to plaintiffs and plaintiffs' renewed motion for attorneys' fees, costs, and interest. (DE # 58.) Based on the stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiffs have and recover of defendant:

1. $92,852.00 in long term disability benefits from 16 June 2016 through 16 July 2019;

2. $32,455.00 in attorneys' fees;

3. $2,272.80 in costs;

4. $12,644.68 in pre-judgment interest; and,

5. $407.28 in post-judgment interest.

The Clerk is DIRECTED to enter an amended judgment accordingly. Plaintiffs' renewed

motion for attorneys' fees, costs, and interest (DE # 53) is DENIED as moot.

This 26 July 2019.

_____
W. Earl Britt
Senior U.S. District Judge