UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| FREDERICK E. SMITH, | ) | |
| BETH SMITH | ) | |
| | ) | |
| Plaintiffs, | ) | **AMENDED JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | No. 5:17-CV-56-BR |
| RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED that** the defendant's motion for summary judgment is denied and plaintiffs' motion for summary judgment is granted. Based on the stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiffs have and recover of defendant:

1. $92,852.00 in long term disability benefits from 16 June 2016 through 16 July 2019;

2. $32,455.00 in attorneys' fees;

3. $2,272.80 in costs;

4. $12,644.68 in pre-judgment interest; and,

5. $407.28 in post-judgment interest.

This Judgment Filed and Entered on July 26, 2019 with service on:
John Stewart Butler, III (via CM/ECF Notice of Electronic Filing)
Stacey Erin Tally (via CM/ECF Notice of Electronic Filing)
Hannah Styron Symonds (via CM/ECF Notice of Electronic Filing)
Jeffrey W. Melcher (via CM/ECF Notice of Electronic Filing)

Date: July 26, 2019                    PETER A. MOORE, JR., CLERK

                                       Lauren Herrmann, Deputy Clerk